AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF __OREGON__

FILED
00 OCT 12 AM 9:03
CLERK US DISTRICT COURT
DISTRICT OF OREGON
MEDFORD, OREGON
BY_____

UNITED STATES OF AMERICA

v.

**CRIMINAL COMPLAINT**

**VICTORIA MICHELLE CRAVITZ**

CASE NUMBER: 00-4058-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __February 04, 1999__ in __Klamath__ county, in the _____ District of __Oregon__ defendant herin,

LEON HENRY SHAW, DID UNLAWFULLY AND KNOWINGLY MOVE AND TRAVEL IN INTERSTATE COMMERCE TO-WIT; FROM KLAMATH

in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) __Special Agent - FBI__ and that this complaint is based on the following facts:
                                    Official Title

See Attached Affidavit hereby incorporated by reference as if fully restated herein.

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_____
Signature of Complainant
Shawna M. Carroll
Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

October __12__, 2000                    at    Medford, Oregon
Date                                            City and State

JOHN P. COONEY
UNITED STATES MAGISTRATE JUDGE                  _____
Name & Title of Judicial Officer                Signature of Judicial Officer

STATE OF OREGON

DISTRICT OF OREGON

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Shawna M. Carroll, being first duly sworn, depose and state the following:

1. I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI) and have been so employed for sixteen years. I am currently assigned to the Medford, Resident Agency, office of the FBI, where I investigate violations of federal laws.

2. On January 7, 2000, an arrest warrant was issued by the Circuit Court for the State of Oregon, Klamath County, for Victoria Michelle Cravitz, date of birth August 22, 1961, for three felony counts of Rape in the First Degree and one felony count of Sodomy in the First Degree, which occurred from approximately December 1989, through February 1, 1999. Chief Deputy District Attorney David P. Groff is assigned to the case and has pledged to extradite Cravitz, wherever found. Detective Josie Stanton of the Oregon State Police, Klamath Falls, Oregon, is assigned this case.

3. On September 25, 2000, I examined Oregon State Police Reports, dated from February 16, 1999, through July 15, 2000. The reports show that between approximately December 1989, through February 01, 1999, Cravitz was involved with Leon Henry Shaw, date of birth May 12, 1946, in the sexual abuse of children in her custody. The children ranged in ages between six (6) and seventeen (17) years old. An arrest warrant was also issued on January 7, 2000, for

1

1 | Shaw.

2 |     4.   The reports further show that on February 2,
3 | 1999, a search was made of Shaw's residence for evidence of
4 | Felon in Possession of a Firearm.  Prior to the search, Shaw
5 | left the residence.  Detective Stanton advised that she has
6 | been unable to locate Shaw since that time.

7 |     5.   On September 20, 2000, I spoke with Detective
8 | Stanton who said that on February 5, 1999, Cravitz' attorney,
9 | Rebecca Whitney-Smith advised that Cravitz had left the area
10 | on or about February 4, 1999.  Detective Stanton also advised
11 | that on February 05, 1999, George Dunn, a local resident,
12 | told her he drove Shaw and Cravitz to California. Dunn would
13 | not elaborate further regarding his information.  Detective
14 | Stanton advised that Cravitz' mother and father, Valerie and
15 | Donald Cravitz, reside in California, telephone number (661)
16 | 255-0604.  I have determined that telephone number (661) 255-
17 | 0604, is subscribed to by Donald L. Cravitz, 25469 Via
18 | Escovar, Santa Clarita, California.

19 |     6.   Based on the foregoing, I have probable cause
20 | to believe that Victoria Michelle Cravitz, has fled the State
21 | of Oregon to avoid prosecution for the aforementioned counts,
22 | felonies under the laws of the State of Oregon.

_____
Shawna M. Carroll
Special Agent
Federal Bureau of Investigation
Medford, Oregon

2

1  Subscribed and sworn to before me this __12__ day of __OCTOBER__,
   __2000__.

                                          _____
                                          U.S. Magistrate

3