1:00-mj-04058-CO

# CLERK'S MINUTE SHEET
## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI (NORTHERN DIVISION)

Before the Honorable Linda R. Anderson

Rule 5 Proceedings

| | | | |
|---|---|---|---|
| Case Number: | 3:18mj152-LRA | UNITED STATES vs. CRAVITZ | |
| Hearing Date: | 7/26/2018 | Time In and Out: | 13 min./12:02:43-12:15:44 |
| Clerk: | Winnie Goodwin | Courtroom: | 6D |
| Defendant: | Victoria Michelle Cravitz | Defendant's Counsel: | Michael Scott, FPD |
| AUSA | David H. Fulcher | Pretrial/Probation: | Robert Wilder, Jr. |
| Interpreter: | n/a | | |

### Initial Appearance

| | | | | |
|---|---|---|---|---|
| ☒ | Defendant sworn | | | |
| ☒ | Defendant received a copy of charging document | | | |
| ☐ | Court advises defendant(s) of possible penalties and all constitutional rights | | | |
| ☒ | Defendant wants Court appointed counsel – FPD appointed | | | |
| ☒ | Government moves to detain | ☐ | Government does not recommend detention | |
| ☐ | Set for | on | | @ |

### Preliminary/Show Cause/Identity

| | | | | |
|---|---|---|---|---|
| ☒ | Defendant waives identity hearing, preliminary hearing and detention hearing but requests preliminary hearing and detention hearing in charging district | | | |
| ☐ | Court finds probable cause | ☐ | Court does not find probable cause | |

### Custody Status

| | | |
|---|---|---|
| ☐ | Defendant waives detention hearing | |
| ☒ | Defendant to be transferred to charging district | |
| ☐ | Conditions | |

### Other

| | |
|---|---|
| ☐ | |
| ☐ | |

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 26 2018
ARTHUR JOHNSTON
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA     1:00-mj-04058-CO

v.                           CRIMINAL NO. 3:18mj152-LRA

VICTORIA MICHELLE CRAVITZ

## ORDER APPOINTING COUNSEL

The Defendant has satisfied the Court after appropriate inquiry that he/she (1) does not wish to waive representation by counsel, and (2) is financially unable to obtain counsel.

IT IS ORDERED that the Federal Public Defender is appointed to represent the Defendant for all further proceedings and shall remain in effect until terminated or a substitute attorney is appointed or retained.

ORDERED July 26, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

AO 94 (Rev. 06/09) Commitment to Another District          1800-mj-4058-CD

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Mississippi

FILED
JUL 26 2018
ARTHUR JOHNSTON
BY_____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   3:18mj152-LRA |
| VICTORIA MICHELLE CRAVITZ | ) | Charging District's |
| *Defendant* | ) | Case No.   00-4058-M |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ___USDC___ District of ___Oregon___,
*(if applicable)* _____ division. The defendant may need an interpreter for this language:

_____

The defendant:    ☐ will retain an attorney.
                 ☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:  7/26/2018                                    _____
                                                         *Judge's signature*

                                                    Linda R. Anderson, United States Magistrate Judge
                                                         *Printed name and title*

AO 466A (Rev. 07/16) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 3:18mj152-LRA |
| VICTORIA MICHELLE CRAVITZ | ) | |
| | ) | Charging District's Case No. 00-4058-M |
| Defendant | ) | |

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 26 2018
ARTHUR JOHNSTON
BY _____ DEPUTY

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* United States District Court for District of Oregon.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that any preliminary or detention hearing be held in the prosecuting

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 7/26/2018

*Vicki Cravitz*
Defendant's signature

*[signature]*
Signature of defendant's attorney

_____
Printed name of defendant's attorney

CLOSED

**U.S. District Court**  1:00-MJ-04058-CO
**Southern District of Mississippi (Northern (Jackson))**
**CRIMINAL DOCKET FOR CASE #: 3:18-mj-00152-LRA All Defendants**
**Internal Use Only**

Case title: USA v. Cravitz
Other court case number: 00-4058-M USDC/District of Oregon

Date Filed: 07/25/2018
Date Terminated: 07/26/2018

Assigned to: Magistrate Judge Linda R. Anderson

### Defendant (1)

**Victoria Michelle Cravitz**
*TERMINATED: 07/26/2018*

represented by **Michael L. Scott - FPD**
FEDERAL PUBLIC DEFENDER - Jackson
200 S. Lamar, Suite 200-N
Jackson, MS 39201
601/948-4284
Fax: 601/948-5510
Email: mike_scott@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18:1073.F - Flight to Avoid Prosecution/Giving Testimony

**Disposition**

Case 1:00-mj-04058-CL   Document 4   Filed 07/30/18   Page 6 of 7

**Plaintiff**

USA            represented by   **David H. Fulcher-Federal Gov**
U. S. ATTORNEY'S OFFICE - Jackson

501 East Court Street
Suite 4.430
Jackson, MS 39201
601/973-2824
Fax: 601/965-4409
Email: dave.fulcher@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/25/2018 | | Arrest (Rule 5) of Victoria Michelle Cravitz (WG) (Entered: 07/25/2018) |
| 07/25/2018 | | NOTICE OF SETTING as to Victoria Michelle Cravitz: Initial Appearance - Rule 5 set for 7/26/2018 11:00 AM in Courtroom 6D (Jackson) Anderson before Magistrate Judge Linda R. Anderson (WG) (Entered: 07/25/2018) |
| 07/26/2018 | 1 | MINUTE ENTRY for proceedings held before Magistrate Judge Linda R. Anderson:Initial Appearance in Rule 5 Proceedings as to Victoria Michelle Cravitz held on 7/26/2018. Tape Number: 7-26-18-LRA. (WG) (Entered: 07/26/2018) |
| 07/26/2018 | 2 | *RESTRICTED* CJA 23 Financial Affidavit by Victoria Michelle Cravitz (WG) (Entered: 07/26/2018) |
| 07/26/2018 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Victoria Michelle Cravitz. Michael L. Scott - FPD for Victoria Michelle Cravitz appointed. Signed by Magistrate Judge Linda R. Anderson on 7/26/2018. (WG) (Entered: 07/26/2018) |
| 07/26/2018 | 4 | WAIVER of Rule 5 Hearings by Victoria Michelle Cravitz (WG) (Entered: 07/26/2018) |
| 07/26/2018 | 5 | COMMITMENT TO ANOTHER DISTRICT as to Victoria Michelle Cravitz. Defendant committed to District of Oregon. Signed by Magistrate Judge Linda R. Anderson on 7/26/2018. (WG) (Entered: 07/26/2018) |
| 07/26/2018 | | (Court only) ***Staff Notes as to Victoria Michelle Cravitz: Certified copies of Commitment Order placed in USM box (WG) (Entered: 07/26/2018) |
| 07/26/2018 | | Remark: Docket and PDF documents mailed to Mary L. Moran, Clerk of Court, James A. Redden U.S. Courthouse. 310 West Sixth St., Medford, OR 97501 (WG) (Entered: 07/26/2018) |

| 07/26/2018 | 🔒 | (Court only) ***Terminated defendant Victoria Michelle Cravitz, pending deadlines, and motions. (WG) (Entered: 07/26/2018) |
| 07/26/2018 | 🔒 | (Court only) ***Set CLOSED Flag as to Victoria Michelle Cravitz (WG) (Entered: 07/26/2018) |