AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

**VICTORIA MICHELLE CRAVITZ**

## WARRANT FOR ARREST

CASE NUMBER: 00-4058-m

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **VICTORIA MICHELLE CRAVITZ** _____
                                                                      Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   X Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

**Unlawful Fight to Avoid Prosecution**

in violation of Title ___18___ United States Code, Section(s) __1073__

| JOHN P. COONEY | U.S. MAGISTRATE JUDGE |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | October/ _, 2000 |
| Signature of Issuing officer | Date and Location |
| Bail fixed at $ _Detention_ | by JOHN P. COONEY, U.S. MAGISTRATE JUDGE |
| | Name of Judicial Officer |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at  WASHINGTON COUNTY, MS

| DATE RECEIVED 10/12/2000 | NAME AND TITLE OF ARRESTING OFFICER DUSM RODNEY Lane Sen FBI | SIGNATURE OF ARRESTING OFFICER *[signature]* |
|---|---|---|
| DATE OF ARREST 7/25/18 | | |